ANTHONY R. LOPEZ, a Professional Corporation
LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ, CASBN 149653
9025 WILSHIRE BLVD., SUITE 500
BEVERLY HILLS, CALIFORNIA 90211
TELEPHONE: (310)276-4700
FACSIMILE: (310)861-0509

Attorney for Plaintiff ARTURO MACIAS

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
321 North Spring Street, Los Angeles, CA 90012

| | |
|---|---|
| ARTURO MACIAS, <br><br> Plaintiff <br><br> vs. <br><br> ROGELIO TORRES; GERDARDO CEJA; LA "M" 103.7 FM, an unknown business entity; and DOES 1 to 5 <br><br> Defendants. | **Case No.** CV 12-05241 GHR (JCx) <br><br> [~~PROPOSED~~] **PERMANENT INJUNCTION** |

1

**PERMANENT INJUNCTION**

1  The parties having stipulated to entry of this Permanent Injunction against
2  Defendants The parties having stipulated to entry of this Permanent Injunction
3  against Defendants GERDARDO CEJA and GOLD COAST RADIO LLC doing
4  business as LA "M" 103.7 FM ("Defendants") and this court having considered
5  the stipulation of the parties, the file in this matter and good cause appearing:

7  IT IS HEREBY ORDERED
8      1. Defendants and all of their respective agents, servants, employees,
9  officers, and representatives, promoters and all other persons acting in concert or
10 participation with each of them, shall be and hereby are forever restrained and
11 enjoined from directly or indirectly infringing in any manner any of Plaintiff's
12 trademark, service mark and name, including without limitation the following:
13     (a) Using the name "Cuisillos" or any confusing similar
14 or colorable imitation of the name, in connection with advertising in any form, or
15 in connection with the goods or services of Rogelio Torres;
16     (b) Using the name "Cuisillos" or any confusing similar colorable
17 imitation of the name, in any manner for the purpose of enhancing the commercial
18 value of the goods or services of Rogelio Torres;
19     2. Defendants have been properly and validly served with a copies of
20 the Summons and Complaint in this action, and is subject to the jurisdiction of
21 the Court. Defendant, permanently, irrevocably, and fully waives any right to
22 contest service on them of the Summons and Complaint in this action, and further
23 acknowledges that they are subject to the jurisdiction of this Court, including for
24 enforcement of the Judgment and Permanent Injunction as to any and all conduct
25 by Defendants in violation of the Judgment and Permanent Injunction.
26     3. Defendants permanently, irrevocably, and fully waive notice of entry
27 of the Judgment and Permanent Injunction and notice and service of the entered
28 Judgment and Permanent injunction, and understand and agree that violation of

1. the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including for contempt of Court. Defendants agree forthwith to give notice of this Judgment and Permanent Injunction to all of their agents, servants, employees, assigns, partners, owners, alter egos, affiliates, all entities through which they conduct business, representatives, promoters, successors, licensees, and all those acting in concert or participation with each or any of them.

4. Defendants permanently, irrevocably, and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

5. Nothing contained in the Judgment and Permanent Injunction shall limit the right of Plaintiff to recover damages for any and all violations or infringements by Defendants of any of Plaintiff's rights under state, federal, international, or foreign law occurring after the date Defendants execute this Stipulation to Judgment and Permanent Injunction.

6. The parties to this stipulation agree that they will bear their respective Costs, including any attorneys' fees or other expenses of this litigation.

7. Defendants acknowledge that Defendants have read the Stipulation to Judgment and Permanent Injunction; and the attached [Proposed] Judgment and Permanent Injunction, has had the opportunity to have them explained by counsel of Defendants' choosing, fully understand them and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

8. Plaintiff shall not be required to post any bond or security, and Defendants permanently, irrevocably, and fully waive any right to request a bond or any other security. [handwritten: *stet* K]

///
///
///

3
**PERMANENT INJUNCTION**

9. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

Dated: 10/10/12

_____
UNITED STATES DISTRICT JUDGE